UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | |
| § | CRIMINAL NO. H-06-0041-1 |
| ANTHONY CLAY COLEMAN, § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

On March 6, 2006, counsel for Defendant filed thirteen (13) discovery and pretrial motions with the Court. None of the motions includes an adequate certificate of conference indicating that defense counsel attempted to contact the Assistant United States Attorney at least two full business days before the motions were filed. The motions are therefore **DENIED WITHOUT PREJUDICE TO REFILING**.

**IT IS SO ORDERED**.

SIGNED at Houston, Texas, on this the 13th day of March, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.